UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH COGHILL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GERBER PAYROLL SERVICES, et al., <br><br> Defendants. | Case No. C25-0759-SKV <br><br> ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

Plaintiffs filed a Motion for Leave to File First Amended Complaint to Remove Plaintiff Coghill's Individual Discrimination Claim. Dkt. 11. Defendants filed a non-opposition to the motion for leave to amend, but request that Plaintiffs update the caption and footers in their proposed amended pleading to remove reference to the individual claims that have been removed in the amendment. Dkt. 14. The Court, finding both the motion and response reasonable, herein GRANTS the unopposed motion to amend, and ORDERS Plaintiffs to promptly file a First Amended Complaint removing reference to the individual claims in the caption and footers.

Dated this 25th day of June, 2025.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge