UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH COGHILL, et al., <br><br> Plaintiff, <br><br> v. <br><br> GERBER PAYROLL SERVICES, et al., <br><br> Defendant. | Case No. C25-0759-SKV <br><br> ORDER STRIKING MOTION TO DISMISS AS MOOT |

Plaintiffs timely filed a Second Amended Class Action Complaint, Dkt. 26, as provided for in the Court's Order dated August 15, 2025, Dkt. 25. Because an amended pleading supersedes an original or prior amended pleading, Defendants' Motion to Dismiss, Dkt. 19, targeting the now "'non-existent'" First Amended Class Action Complaint, is properly deemed moot. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (quoted source omitted). The Court, as such, herein STRIKES the Motion to Dismiss, Dkt. 19, as moot.

Dated this 25th day of September, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER STRIKING MOTION TO DISMISS AS MOOT - 1