The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH COGHILL, MAXWELL TAMMEN, KANDICE MAYER, SHILO FISH, KALEN TINDALL, SHANIYA BRANNON, AND SYDNEY HESS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PAYROLL SERVICES, a Foreign Profit Corporation; JOSH LIGER, in his official and individual capacities; BOYD GROUP SERVICES, INC., THE BOYD GROUP (U.S.) INC., a Delaware Corporation; TIMOTHY O'DAY, an individual and their marital community; JEFF MURRAY, an individual and their martial community,<br><br>Defendants. | Case No. C25-0759-SKV<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: September 24, 2025 |

This matter having come before this Court on the Parties' Stipulated Motion to Extend Defendants' Time to Respond to Plaintiffs' Second Amended Complaint and having considered the Stipulated Motion and the pleadings and records on file, it is hereby ORDERED as follows:

ORDER GRANTING
STIPULATED MOTION - 1 –
CASE NO. C25-0759-SKV

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulated Motion, Dkt. 30, is **GRANTED**. Defendants shall respond to Plaintiffs' Second Amended Complaint by October 8, 2025.

IT IS SO ORDERED.

DATED this 25th day of September, 2025.

                                  *S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

*Presented by:*

/s/ *Breanne Martell*
Breanne Martell, WSBA # 39632
bsmartell@littler.com
Brian Rho, WSBA #51209
brho@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
Phone:   206.623.3300

*Attorneys for Defendants*
GERBER PAYROLL SERVICES; JOSH LIGER; BOYD GROUP SERVICES, INC.; and THE BOYD GROUP (U.S.) INC.

/s/ *Nolan Lim*
Nolan Lim, WSBA #36830 (*email authorization*)
nolan@nolanlimlaw.com
NOLAN LIM LAW FIRM, PS
1111 Third Avenue, Suite 1850
Seattle, WA 98101
Phone:   206.963.9130

/s/ *Morgan Mentzer*
Morgan Mentzer, WSBA #47483 (*email authorization*)
morgan@mxlaw.net
MX LAW, PLLC
710 Pacific Ave., #8
Tacoma, WA 98402
Phone:   253.693.0388

ORDER GRANTING
STIPULATED MOTION - 2 –
CASE NO. C25-0759-SKV

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1
2
3
4
5
6
7
8
9

*/s/ Jamie Serb*
Jamie K. Serb, WSBA #62065 *(email authorization)*
jamie@crosnerlegal.com
Victoria Ainsworth, WSBA #49677
tainsworth@crosnerlegal.com
Zachary M. Crosner, WSBA #61644
zach@crosnerlegal.com
CROSNER LEGAL, P.C.
92 Lenora Street, #179
Seattle, WA 98121
Phone:    866.276.7637

*Attorneys for Plaintiffs*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING
STIPULATED MOTION - 3 –
CASE NO. C25-0759-SKV

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300